IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**ERIKA A. MIELKE**,

        Plaintiff,

   v.

**COMMISSIONER OF SOCIAL SECURITY**,

        Defendant.
_____

Civil Case No. 09-895-ST

O R D E R

    David B. Lowry
    Attorney at Law
    9900 SW Greenburg Road
    Columbia Business Center, Suite 130
    Portland , Oregon  97223

        Attorney for Plaintiff

    Dwight C. Holton
    United States Attorney
    District of Oregon

Page 1 - ORDER

Adrian L. Brown
U.S. Attorney's Office
1000 SW Third Avenue, Suite 600
Portland , Oregon  97204

Franco L. Becia
Assistant Regional Counsel
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle , Washington  98104-7075

        Attorneys for Defendant

KING, Judge:

The Honorable Janice Stewart, United States Magistrate Judge, filed Findings and Recommendation on February 19, 2010.  The matter is before this court.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT  Magistrate Judge Stewart's Findings and Recommendation (#16) dated February 19, 2010 in its entirety.

IT IS HEREBY ORDERED that the Commissioner's Motion to Dismiss (#8) is granted.

DATED this      29th      day of March, 2010.

                      /s/ Garr M. King
                          GARR M. KING
                       United States District Judge